# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| John Loiacono,<br><br>    Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>    Defendant. | Case No. 8:10-cv-1084<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and pursuant to Fed. R. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, LLP

By: /s/ Helene Karen Gatto
    Helene Karen Gatto, Bar # 0190527
    2901 West Busch Blvd, Suite 701
    Tampa, FL 33618
    Telephone:  866-339-1156
    Email:  kga@legalhelpers.com
    Attorneys for Plaintiff

## CERTFICATE OF SERVICE

I hereby certify that on August 9, 2010, I served Defendant with a copy of the foregoing Notice by depositing the same in the U.S. mail addressed as follows.

Dayle Van Hoose
SESSIONS FISHMAN NATHAN & ISRAEL
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

/s/ Helene Karen Gatto